# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | No. 1:18-cv-02150 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| STEPHEN C. SHILEY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 31st day of October 2019, in accordance with the Memorandum entered concurrently with this Order, and upon consideration of Plaintiff the United States of America ("Plaintiff")'s motion for default judgment (Doc. No. 11) and the supporting documents filed therewith, default having been entered against Defendant Stephen C. Shiley ("Defendant"),

**IT IS ORDERED THAT**:

1. Plaintiff's motion for default judgment (Doc. No. 11) is **GRANTED**;

2. The Clerk of Court is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $147,127.94 as of April 8, 2019, together with all interest and penalties that will continue to accrue pursuant to statute until the balance is paid in full, with respect to Defendant's unpaid federal income tax liabilities for tax years 2006, 2007, and 2009-2013;

3. The tax liens described in the concurrently-entered Memorandum that attached to the real property located at 205 South Enola Drive in Enola, Cumberland County, Pennsylvania (the "Enola Property") are foreclosed, and the Enola Property shall be sold in accordance with the concurrently-entered Order of Sale; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
